DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In Re:
Young, Kenajean Carol

Case No. 06-02929-PCW13

Debtor

## TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $109.19, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claim # | Claimant | Amount |
|---|---|---|
| 40 | Bank of America NA<br>Po Box 53160<br>Phoenix, AZ 850723160 | $109.19 |

Dated: August 03, 2010

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 487480z    8-6-10    $109.19