DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
Young, Kenajean Carol

Case No. 06-02929-PCW13

Debtor

## TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $17.68, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claim # | Claimant | Amount |
| --- | --- | --- |
| 40 | Bank of America NA<br>Po Box 53160<br>Phoenix, AZ  850723160 | $17.68 |

Dated: April 04, 2011

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4875938     4-7-11     $17.68